[No. 41228-4-II.   Division Two.   May 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST HENRY GUGGER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04259-6, Linda CJ Lee and Susan Serko, JJ., entered August 23, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Johanson, JJ.

[No. 41322-1-II.   Division Two.   May 15, 2012.]

THE STATE OF WASHINGTON, *Appellant*, v. CAMERON MICHAEL ANTHONY BEASLEY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-00809-1, Carol Murphy, J., entered September 30, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 41389-2-II.   Division Two.   May 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS CLOVIS SANCHEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00707-6, James W. Lawler and Richard L. Brosey, JJ., entered October 27, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Hunt, J.

[No. 41562-3-II.   Division Two.   May 15, 2012.]

*In the Matter of the Marriage of* DIANA SUSHAK, *Respondent*, and BOBBY BEASLEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-3-00740-8, Paula Casey, J., entered December 9, 2010. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Hunt, J.